YORKVILLE MOTOR COMPANY, INC., v. SAMUEL P. CRONER.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MAX MELNICK v. BORE BORDEN.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

AMERICAN NATIONAL BANK OF WAUSAU, WIS., v. HARRY J. BUTLER and Others.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

HARRY M. JAMES v. EIGHTH AVENUE RAILROAD COMPANY.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

WILLIAM LENNOX and Others v. ANTON F. SCIBILIA and Others.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

SAMUEL J. GOLDSMITH and Others, Trustees, etc., v. ARTHUR J. BALDWIN and Others, as Surviving Trustees, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

FIRST NATIONAL BANK OF MISSION v. ROBERT T. COCHRAN and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

BARBARA SCHNATZ v. GEORGE J. SCHNATZ and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

HARRY B. JAMES and Others v. GORDON MILLER.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. POST & McCORD, INC., v. JACOB A. CANTOR and Others, etc.— Motion granted. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

SAMUEL LASHER v. METROPOLITAN SAVINGS BANK.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

UNION EXCHANGE NATIONAL BANK OF NEW YORK v. SAMUEL L. JOSEPH.— Motion granted; question certified. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of JAMES BUCHANAN BRADY, Deceased.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.